IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-04106-01-CR-C-SRB |
| ) | |
| LEONARD J. WILSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendation (Doc. #35) denying Defendant's Motion to Suppress Evidence (Doc. #29). On January 1, 2019, Judge Epps conducted a hearing on the Motion to Suppress Evidence. On January 17, 2019, Judge Epps issued his Report and Recommendation. Defendant did not file objections to the Report and Recommendation. After an independent, de novo review of the pending motions, the record, and applicable law, the Court adopts Judge Epps's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED that Judge Epps's Report and Recommendation (Doc. #35) shall be attached to and made part of this Order, and Defendant's Motion to Suppress Evidence (Doc. #29) is DENIED.

IT IS SO ORDERED.

DATED: February 1, 2019 /s/ Stephen R. Bough
JUDGE STEPHEN R. BOUGH
UNITED STATES DISTRICT COURT