# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-04106-01-CR-C-SRB |
| LEONARD J. WILSON, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendation (Doc. #59) denying Defendant's Second Motion to Suppress Evidence (Doc. #46). On September 9, 2019, Judge Epps conducted a hearing on the Second Motion to Suppress Evidence. On September 16, 2019, Judge Epps issued his Report and Recommendation. Defendant filed objections to the Report and Recommendation on September 26, 2019. After an independent, de novo review of the pending motion, the record, and applicable law, the Court adopts Judge Epps's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED that Judge Epps's Report and Recommendation (Doc. #59) is adopted and shall be attached to and made part of this Order. Defendant's Second Motion to Suppress Evidence (Doc. #46) is DENIED and Defendant's Objections to Report and Recommendation (Doc. #60) are OVERRULED.

**IT IS SO ORDERED.**

DATED: September 27, 2019   /s/ Stephen R. Bough
JUDGE STEPHEN R. BOUGH
UNITED STATES DISTRICT COURT